# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **MGUNDA FRANCIS MAJAGA,** | ) |
| **Plaintiff,** | ) |
| vs. | ) 4:06-cv-01473-RDP-JEO |
| **CLARA REAVES, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 3, 2007, recommending that this action be dismissed without prejudice pursuant to 42 U.S.C. § 1997e. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The court **EXPRESSLY FINDS** that Plaintiff has not exhausted the grievance procedure provided by the Etowah County Detention Center as required by 42 U.S.C. § 1997e and his claims are due to be **DISMISSED WITHOUT PREJUDICE**. A Final Judgment will be entered.

**DONE** and **ORDERED** this ____30th____ day of May, 2007.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE